IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANNETTA G. GETZ, ) | |
| ) | Civil Action No. 05-148 Erie |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| THOMAS R. BURSICH, DDS, ) | |
| ) | |
| Defendant. ) | |

### NOTICE OF SCHEDULING CHANGE

TAKE NOTICE that the initial case management conference previously scheduled in the above-captioned case for July 26, 2005 has been **RESCHEDULED** and will take place before the Honorable Sean J. McLaughlin, on **Wednesday, August 10, 2005, at 10:00 am** in Room A-250, United States Courthouse, 17 South Park Row, Erie, Pennsylvania.

                                                   s/ Kathleen A. Scibetta
                                                   Law Clerk to Judge McLaughlin

Dated: July 26, 2005

cm:     All counsel of record. _____