IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| DANETTA G. GETZ, | ) |
| PLAINTIFF, | ) |
|  | ) CIVIL ACTION NO. 05-148 ERIE |
| vs. | ) |
|  | ) |
| THOMAS R. BURSICH, DDS, | ) |
|  | ) |
| DEFENDANT | ) ELECTRONICALLY FILED |

## STIPULATION AND DISMISSAL WITH PREJUDICE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties, through counsel, that this action be, and it hereby is, DISMISSED "with prejudice," each party to bear her or his own costs and attorney's fees.

_____
Christopher J. Koyski, Esq.
Elderkin, Martin, Kelly & Messina
150 East 8th Street
Erie, PA 16501
Attorneys for Plaintiff

Date: 9-22-05

_____
Devora L. Lindeman
admitted *pro hac vice*
PROSKAUER ROSE LLP
One Newark Center
Newark, New Jersey 07102
(973) 274-3200
Attorneys for Defendant

Date: Oct. 14, 2005

*[signature]*
_____
Walter E. "Stormy" Deacon III
PA 82961
MacDonald, Illig, Jones & Britton LLP
100 State Street, Suite 700
Erie, Pennsylvania 16507-1459
(814) 870-7600
(814) 454-4647 (facsimile)
wdeacon@mijb.com (e-mail)

Attorneys for Defendant
 Thomas R. Bursich, DDS

Date: __10/17/05__

So ordered:

_____          Date: _____